tiary for some period of time not exceeding two years.

As reformed, the judgment will be affirmed.

On Motion for Rehearing.

HAWKINS, Judge.

As stated in our original opinion, the punishment assessed against appellant was imprisonment in the penitentiary for two years. In the motion for rehearing our attention is called to the fact that, as the court's instruction to the jury appears in the transcript, it in one place tells them the punishment for the offense of which appellant was charged was imprisonment in the penitentiary for any period of time not to exceed five years, or imprisonment in the county jail for any time not to exceed one year, or by fine in any sum not to exceed $5,000, or by such fine and imprisonment in the county jail, but that, in making application of the law to the facts, the court told the jury, if they found appellant guilty, should assess his punishment at imprisonment in the penitentiary for any period of time not to exceed one year, etc. A corrected transcript now on file with this court shows that a mistake was made by the clerk in preparing the original transcript and that the jury was in fact correctly advised as to the penalty.

Appellant's motion for rehearing is overruled.

■
**O. C. LOCKHART v. STATE.**
No. 16664.

Court of Criminal Appeals of Texas.
April 18, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, seven years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

■
**Roy MEARS v. STATE.**
No. 16585.

Court of Criminal Appeals of Texas.
April 18, 1934.

C. S. Farmer and W. J. Holt, both of Waco, and T. B. Bartlett, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

■
**Wink MERRITT v. STATE.**
No. 16681.

Court of Criminal Appeals of Texas.
April 18, 1934.

See, also, 60 S.W.(2d) 792.

Morriss & Morriss, of San Antonio, and G. N. Brubaker, of San Marcos, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.